

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-22-00111-CV

Reginald **WILDER** II,
Appellant

v.

**TEXAS WORKFORCE COMMISSION**,
Appellee

### ORDER

In accordance with this court's opinion of this date, we dismiss this appeal for want of jurisdiction. Because Appellant is unable to afford payment of court costs, we do not tax any costs of court in this appeal.

It is so **ORDERED** on March 16, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.

_____
Michael A. Cruz, Clerk of Court